**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**　　　　　　　　　　**4:09-CR-00107-01-SWW**

**ROBERT JUNIOR BLEDSOE**

## ORDER

For the same reasons outlined in the September 5, 2012 Order,[1] Defendant's *pro se* Motion to Modify Sentence (Doc. No. 63) is DENIED.

IT IS SO ORDERED this 3rd day of May, 2013.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 49.