IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT JUNIOR BLEDSOE, *
 *
 Petitioner, *
vs. * No. 4:09-cr-00107-SWW
 * (No. 4:13-cv-00405-SWW)
 *
UNITED STATES OF AMERICA, *
 *
 Respondent. *

ORDER

Petitioner Robert Junior Bledsoe pled guilty to possessing with intent to deliver crack cocaine and, on August 25, 2010, was sentenced to 120 months imprisonment. Petitioner did not appeal.

On July 11, 2013, petitioner filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [doc.#71]. Petitioner seeks retroactive application of the Supreme Court's June 17, 2013 decision in *Alleyne v. United States*, 133 S.Ct. 2151 (2013), which overruled *Harris v. United States*, 536 U.S. 545 (2002), and holds that any fact that increases the mandatory minimum sentence for a crime is an element of the criminal offense that must be submitted to the jury and found beyond a reasonable doubt.

Petitioner's reliance on *Alleyne* is misplaced as he was sentenced nearly three years prior to the Supreme Court's decision in *Alleyne* and the Supreme

Court did not declare *Alleyne* retroactively applicable to cases on collateral review. See *Simpson v. United States*, — F.3d —, 2013 WL 3455876 (7th Cir. July 10, 2013). Unless the Supreme Court does so, petitioner cannot base his § 2255 motion on *Alleyne*.

IT IS THEREFORE ORDERED that petitioner's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence [doc.#71] be and it hereby is denied.

Dated this 18th day of July 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE