IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT JUNIOR BLEDSOE, | * | |
| Petitioner, | * | |
| vs. | * | No. 4:09-cr-00107-SWW |
| | * | (No. 4:13-cv-00405-SWW) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

Petitioner Robert Junior Bledsoe's *pro se* motion for leave to proceed *in forma pauperis* [doc.#75] is hereby granted.

IT IS SO ORDERED this 23rd day of July 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE